RECEIVED

AUG 2 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MATTIE AMOS | CIVIL ACTION NO. 6:16-cv-01440 |
| VERSUS | JUDGE DOHERTY |
| BLUE CROSS BLUE SHIELD OF NEW MEXICO, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motions to Dismiss [Rec. Doc. 32, 41, and 42] are **GRANTED,** consistent with the report and recommendation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Amend [Rec. Doc. 39] and Motion for Default Judgment [Rec. Doc. 52] are **DENIED** as moot, consistent with the report and recommendation.

Lafayette, Louisiana, this 22 day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE